# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC HUDSON, JR.,<br><br>                         Plaintiff,<br>  vs.<br><br>WORKERS COMP APPEALS BOARD, et al.,<br><br>                       Defendants. | CASE NO. 14-CV-825-LAB-RBB<br><br>**ORDER DISMISSING CASE** |

    On May 6, 2014, the Court granted Hudson leave to proceed IFP, but it dismissed his complaint pursuant to the mandatory screening requirement of 28 U.S.C. § 1915(e). The complaint was unintelligible, and the Court gave Hudson three weeks to amend his complaint. (Docket No. 3.) Instead of filing an amended complaint, Hudson filed a notice of appeal on July 1, 2014. On July 7, 2014, the Court certified that the appeal was not taken in good faith pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A). (Docket no. 8.) The Ninth Circuit determined that it lacked jurisdiction and dismissed Hudson's appeal on August 27, 2014. (Docket no. 11.)

    To date, Hudson has not filed an amended complaint or a request for extension of time. Since the Court's dismissal order over six months ago, Hudson hasn't filed anything except the July 1 Notice of Appeal. The Court therefore **DISMISSES** the action **WITH PREJUDICE**, both for failure to obey the Court's orders, *see* Civil Local Rule 83.1(a), and

for failure to prosecute, *see Link v. Wabash R.R. Co.,* 370 U.S. 626, 629 (1962) (noting federal district courts' power to sua sponte dismiss actions with prejudice for failure to prosecute).

**IT IS SO ORDERED**.

DATED: November 21, 2014

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge